Motion to continue self-report date denied 6/25/19.
s/ James S. Gwin
JAMES S. GWIN
UNITED STATES
DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 5:18CR516 |
| Plaintiff, | : | |
| | : | JUDGE GWIN |
| vs. | : | |
| DAVID LEE MITCHELL, | : | |
| | : | **MOTION TO CONTINUE** |
| Defendant. | : | **SELF-REPORT TIME** |

Defendant David Lee Mitchell, through counsel, requests his time to report to the Bureau of Prisons and/or the U.S. Marshals be extended to September 3, 2019. At Sentencing, the Court set a date of July 24, 2019. Mr. Mitchell's oldest daughter is expecting to give birth the first week of August and Mr. Mitchell would like to be present to assist her. Mr. Mitchell's two youngest children start back to school on August 22nd and Mr. Mitchell would like to get them situated with school supplies and the new school year before his report date. We therefore respectfully request an extension of the reporting date to September 3, 2019. Mr. Mitchell expects to remain employed until that time.

Respectfully submitted,

*/s/Justin J. Roberts*
Justin J. Roberts
Ohio Bar: 0086168
J. Roberts, LLC
Fifth Third Building, Suite 1300
600 Superior Avenue
Cleveland, OH 44114
(216) 417-2114
E-mail: justin.roberts@jrobertslegal.com
(Counsel for Defendant David Lee Mitchell)